MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | No. 04 CR 1080 |
| | ) | Hon. Morton Denlow |
| JAMES CROSS | ) | United States Magistrate Judge |
| | ) | |
| | ) | |

**ORDER**

Upon the unopposed motion of the government, it is hereby ORDERED that the Criminal Complaint in the above-captioned case is dismissed without prejudice.

ENTER:

_____
HON. MORTON DENLOW
United States Magistrate Judge

Dated: July 31, 2008